Olivia M. Gross, Esq.
Newman Fitch Altheim Myers, P.C.
14 Wall Street, 22nd Floor
New York, New York 10005-2101
212-619-4350 – Telephone
212-619-3622 – Fax
e-mail: ogross@nfam.com

---------------------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOAN SCHWARZ,

                      Plaintiff,

    - against -

FED EX KINKO, INC

                      Defendant.

---------------------------------------------------------------x

ECF CASE

____ Civ. _____

**DEFENDANT'S RULE 7.1 CERTIFICATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant, FEDEX KINKO'S OFFICE and PRINT SERVICES, INC. i/s/h/a FED EX KINKOS, INC. (hereinafter "FedEx Office")., hereby certifies that:

    (1)    The full name of the party the attorney represents in this case is FEDEX KINKO'S OFFICE and PRINT SERVICES, INC.

    (2)    FEDEX KINKO'S OFFICE and PRINT SERVICES, INC. is a wholly-owned subsidiary of FedEx Corporation.

DATED:    New York, NY
              July 21, 2008

                          Respectfully submitted,

                          NEWMAN FITCH ALTHEIM MYERS, P.C.
                          Attorneys for Defendant
                          FEDEX KINKO'S OFFICE and PRINT SERVICES, INC.

                          _____
                          Olivia M. Gross [OMG 6008]
                          14 Wall Street – 22nd Floor
                          New York, New York 10005-2101
                          Telephone: (212) 619-4350

Case 1:08-cv-06486-HB    Document 2    Filed 07/21/2008    Page 2 of 3

TO:
SALZMAN & WINER, LLP
Attorneys for Plaintiff
305 Broadway – Suite 1204
New York, New York 10007
(212) 233-6550

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                   :ss:
COUNTY OF NEW YORK)

BETH JAFFE, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Queens, New York.

On July 21, 2008, I served the within DEFENDANT'S RULE 7.1 CERTIFICATION, upon the attorneys listed below at the address designated by said attorneys and for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:
SALZMAN & WINER, LLP
Attorneys for Plaintiff
305 Broadway – Suite 1204
New York, New York 10007
(212) 233-6550

_____
BETH JAFFE

Sworn to before me this
21st day of July, 2008

_____
Notary Public

Olivia M. Gross
Notary Public, State of New York
No. 02GR4860934
Qualified in Nassau County
Commission Expires May 5, 2010