UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOAN SCHWARZ,

               Plaintiff,

    -against-                     08 Civ. 6486(THK)

                                    ORDER
FEDEX KINKO'S OFFICE and PRINT
SERVICES, INC., and MILLIKEN & COMPANY,

               Defendants.
------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    On October 27, 2009, the Court ruled on FedEx Kinko's Motion for Summary Judgment, and Plaintiff's Cross-Motion for Partial Summary Judgment, which Defendant Milliken joined. In that Opinion the Court ordered Plaintiff and Milliken, the remaining parties in the action, to submit a Joint Pretrial Order and proposed jury instructions within 30 days.

    Since that date, Plaintiff and Milliken have requested a settlement conference, supervised by this Court, to take place on December 11, 2009. Accordingly, the deadline for submission of a Joint Pretrial Order and proposed jury instructions is extended to two weeks from the date of the settlement conference, in the event that the parties fail to reach a settlement.

    So Ordered.

                                       THEODORE H. KATZ
                                  UNITED STATES MAGISTRATE JUDGE

Dated: November 9, 2009
      New York, New York